UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ALAN WEINBERG and WEINBERG & BAER LLC,

    Defendant

Civil Action No. 18-360 (BAH)
Chief Judge Beryl A. Howell

**RECEIVED**
JAN 23 2019
Clerk, U.S. District and Bankruptcy Courts

Leave to file GRANTED

*Beryl A. Howell*

Beryl A. Howell     Date Jan. 23, 2019
Chief Judge
United States District Court

## MOTION TO DEFER PAYMENT

### NOTICE

PLEASE TAKE NOTICE, that based upon the accompanying Motion, Defendant Alan Weinberg will move this Court, before the Honorable Beryl A. Howell, for an order to defer payment as required by the final judgement.

### Motion

Defendant, Alan Weinberg, respectfully requests that the Court defer payment as required by the final judgement.

### Memorandum

#### Background

The Court decreed in a final judgement that the Defendant shall pay the total of disgorgement and prejudgment interest due of $62,899.82 in seven installments to the Commission. To date I have paid the first two installments totaling $14,650.

As a result of the judgement I was forced to close my audit practice. More than six months later I was fortunate to find a job at 61 years of age. Unfortunately the salary at my new job is about 1/3 of my prior income. My monthly net paycheck is approximately $3,723. I have taken steps to

reduce my monthly expenses. I live with my wife and children on a very basic no frills standard of living. However, my salary only covers our basic expenses and I have no money left to pay the installments required by the judgement. The fact that I am unable to pay under the present circumstances is not a surprise. When I negotiated the settlement with the SEC I presented my financial documents to the SEC and showed them that I would not be able to make the payments they insisted on. Unfortunately they offered me no other choice but to agree with the settlement as they presented it.

The Court should defer payment

As a result of my present economic situation I respectfully request that your Honor and the Court have mercy on me and defer payment of the judgement until such time that I can afford to resume payments.

Dated: January 16, 2019

Respectfully Submitted,

*[signature]*

Alan Weinberg

represented pro per. I cannot afford an attorney.